ACCEPTED
06-15-00154-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 3:21:34 PM
DEBBIE AUTREY
CLERK

No. 06-15-000154-CV

IN THE COURT OF APPEALS

FOR THE

SIXTH JUDICIAL DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 3:21:34 PM
DEBBIE AUTREY
Clerk

---

ARTIS LADELL WILLIAMS, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

APPEALED FROM THE 71ST DISTRICT COURT

HARRISON COUNTY, TEXAS

CAUSE NO. 15-0053X

---

MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR THE STATE OF TEXAS

---

COKE SOLOMON
CRIMINAL DISTRICT ATTORNEY
HARRISON COUNTY, TEXAS
P.O. BOX 776
MARSHALL, TEXAS 75671
(903) 935-4840

BY:    LAURA M. CARPENTER
ASSISTANT CRIMINAL DISTRICT ATTORNEY
BAR #08618050
laurac@co.harrison.tx.us
ATTORNEY FOR APPELLEE
THE STATE OF TEXAS

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW THE STATE OF TEXAS, Appellee herein, and pursuant to Rule 10.5 (b), TEX.R.APP.PROC., and pursuant to the extension policies of this Court, makes this request to extend filing the brief in this cause and would show as follows:

I.

The deadline for filing Appellee's brief is November 18, 2105.

II.

Appellee requests an addition seven (7) days in which to complete the brief.

III.

Appellee's brief was almost completed for submission on November 17, 2015, when the courthouse and surrounding areas in Marshall experienced a significant power outage. After the power was restored, the files for Appellee's brief and research were compromised to the point of needing additional time to reconstruct the brief.

III.

With a grant of an additional seven (7) days Appellee will be able to have the brief rewritten and submitted to the Court.

2

IV.

There has previously been no motion filed for extension of time, or grants of time extended to Appellee, for the filing of Appellee's brief.

WHEREFORE, PREMISES CONSIDERED, THE STATE OF TEXAS, Appellee, respectfully requests that this Honorable Court of Appeals will, upon reviewing this Motion, grant the extension of time for filing Appellee's brief as requested herein, and for such other relief to which Appellee may be entitled.

.

Respectfully Submitted
Coke Solomon
Criminal District Attorney
Harrison County, Texas

By:   /s/___Laura M. Carpenter
Laura M. Carpenter,
Assistant District Attorney
Bar Card #08618050

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Brief has been faxed to the attorney for Appellant, Ebb Mobley, this 18th day of November, 2015. At 903-753-8289.

/s/___Laura M. Carpenter